UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL CATALDO,   )
                )
       Petitioner,   )   Case No. 1:03-cv-519
                )
v.              )   Honorable Wendell A. Miles
                )
JOHN CASON,     )
                )
       Respondent.   )
_____)

**ORDER**

This is a habeas corpus action brought by a state prisoner pursuant to 28 U.S.C. § 2254.  On September 8, 2005, the Court entered an order summarily dismissing the petition and denying Petitioner a certificate of appealability (docket #88).  The order of dismissal followed the Court's *de novo* review of Petitioner's objections to the report and recommendation of the magistrate judge.  Now before the Court are Petitioner's motions for leave to proceed *in forma pauperis* on appeal (dockets #91 and 98) and motion for certificate of appealability (docket #93).

Petitioner paid the $255.00 appellate filing fee on November 14, 2005.  Accordingly, his motions for leave to proceed *in forma pauperis* on appeal (dockets #91 and 98) are DENIED as moot.  Because the Court previously denied Petitioner a certificate of appealability, his motion for a certificate of appealability (docket #93) also is DENIED.

IT IS SO ORDERED.

Dated: February 9, 2006                    /s/ Wendell A. Miles
                                           Wendell A. Miles
                                           Senior U.S. District Judge